IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TIMOTHY L. GIBBS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 05-185-MJR |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

On April 15, 2005, the Court ordered Petitioner either pay the $5.00 filing fee for this action or, in the alternative, to file a motion for leave to proceed in forma pauperis. Either action was to be taken within 30 days, but Petitioner has failed to comply with that order in the time allotted; therefore, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to respond to an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

July 5, 2005                                    By:    **s/ Michael J. Reagan**
*Date*                                                        *District Judge*